# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David John Lawrence,

        Plaintiff,

v.                                                    Civil No. 14-3398 (JNE/LIB)
                                                      ORDER
Carolyn W. Colvin, Acting Commissioner
of Social Security,

        Defendant.

      Defendant denied Plaintiff's application for benefits.  Plaintiff brought this action to obtain review of Defendant's decision.  In a Report and Recommendation dated July 21, 2015, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted.  No objection to the Report and Recommendation has been received; Defendant asserted it should be adopted.  Having reviewed the record, the Court accepts the recommended disposition [Docket No. 15].  Therefore, IT IS ORDERED THAT:

1.     Plaintiff's Motion for Summary Judgment [Docket No. 10] is DENIED.

2.     Defendant's Motion for Summary Judgment [Docket No. 13] is GRANTED.

3.     Defendant's decision is affirmed.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 18, 2015

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge